41 So.2d 912

**Clyde SHERIDAN v. TENNESSEE COAL, IRON & R. CO.**

6 Div. 825.

Supreme Court of Alabama.
June 13, 1949.

J. T. Johnson, of Oneonta, for appellant.
Benners, Burr, Stokely & McKamy, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

40 So.2d 914

**Frank SMITH et al. v. J. W. KNIGHT.**

5 Div. 468.

Supreme Court of Alabama.
April 14, 1949.

D. T. Ware, of Roanoke, for appellant.
H. T. Burns, of Wedowee, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

40 So.2d 914

**Ex parte STATE ex rel. R. M. BARNARD.**

8 Div. 492.

Supreme Court of Alabama.
March 31, 1949.

Crampton Harris, of Birmingham, for petitioner.

Maurice F. Bishop, of Birmingham, and Claude D. Scruggs, of Guntersville, for respondent.

PER CURIAM.
Petition dismissed, motion of petitioner.

39 So.2d 923

**Ex parte Leo K. STEINER, Jr.**

6 Div. 860.

Supreme Court of Alabama.
Feb. 16, 1949.

Wilkinson & Skinner, of Birmingham, for petitioner.

PER CURIAM.
Rule nisi denied.

BROWN, FOSTER, LAWSON and STAKELY, JJ., concur.

40 So.2d 914

**Willie Mae TAYLOR et al. v. LOCAL UNION NO. 364, A. F. OF L. BAR-TENDERS & WAITRESSES.**

1 Div. 352.

Supreme Court of Alabama.
April 28, 1949.

PER CURIAM.
Appeal dismissed, motion of appellant.